BARRY L. GOLDNER, SBN 107126
CHRISTOPHER E. DOMINGUEZ, SBN 193850
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., Second Floor
Bakersfield, CA 93309
Telephone:    661-395-1000
Facsimile:    661-326-0418
Email:        bgoldner@kleinlaw.com;
              cdominguez@kleinlaw.com

Attorneys for Defendants R.B. SANDRINI, INC.,
R.B. SANDRINI FARMS, L.P. d/b/a RB
SANDRINI FARMS AND RICHARD B.
SANDRINI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FRUIT GENETICS, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>R.B. SANDRINI, INC., R.B. SANDRINI FARMS, L.P. D/B/A RB SANDRINI FARMS, AND RICHARD B. SANDRINI,<br><br>            Defendants. | Case No. 1:15-CV-00101-MCE-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>(Doc. 28) |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation to Continue the Settlement Conference in the above-referenced matter is made and entered into by and between defendants R.B. SANDRINI, INC., R.B. SANDRINI FARMS, L.P. D/B/A RB SANDRINI FARMS, AND RICHARD B. SANDRINI ("SANDRINI"), and plaintiff INTERNATIONAL FRUIT GENETICS, LLC ("IFG"), through their attorneys of record.

///

**RECITALS**

1. WHEREAS, the Settlement Conference in the above-entitled action is currently set for December 3, 2015 at 9:30 a.m. in Courtroom 6 at the Robert E. Coyle Federal Courthouse.

2. WHEREAS, counsel for Defendants is unavailable on the date currently scheduled for the Settlement Conference.

3. WHEREAS, the Parties have agreed to continue the Settlement Conference to a future date.

4. WHEREAS, the Parties have met and conferred, and have agreed that they will be available to participate in a Settlement Conference during the first three weeks of January 2016, or the last two weeks of February 2016, to be scheduled at the Court's convenience.

**STIPULATION**

1. The current date scheduled for the Settlement Conference shall be vacated;

2. A new date for the Settlement Conference will be set for a date during the first 3 weeks of January 2016, or the last two weeks of February 2016, at the Court's convenience.

3. All deadlines associated with the Settlement Conference shall be extended to correspond with the new Settlement Conference date set by the Court.

IT IS SO STIPULATED, through counsel of record.

Dated: November 11, 2015

KLEIN, DeNATALE, GOLDNER
COOPER, ROSENLIEB & KIMBALL, LLP

By: */s/ Barry L. Goldner*
BARRY L. GOLDNER
Attorneys for Defendants R.B. SANDRINI, INC., R.B. SANDRINI FARMS, L.P. d/b/a RB SANDRINI FARMS AND RICHARD B. SANDRINI

Dated: November 11, 2015

CARLE, MACKIE, POWER & ROSS LLP

By: /s/ Richard C. O'Hare
RICHARD C. O'HARE
JOHN B. DAWSON
Attorneys for Plaintiff INTERNATIONAL FRUIT GENETICS, LLC

# ORDER

Based upon the stipulation of counsel, the Court **ORDERS**:

1. The Settlement Conference for this Action is continued to January 7, 2016 at 9:30 a.m. in Courtroom 6 at the Robert E. Coyle Courthouse in Fresno, California;

2. The Order re Settlement Conference (Doc. 26) applies to the continued settlement conference and the parties SHALL comply with it.

IT IS SO ORDERED.

   Dated:   **November 16, 2015**              **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE