# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FRUIT GENETICS, <br><br>   Plaintiff, <br><br>   v. <br><br> R.B. SANDRINI, INC., et al., <br><br>   Defendants. | Case No.: 1:15-cv-00101 MCE JLT <br><br> ORDER AFTER SETTLEMENT CONFERENCE <br><br> (Doc. 31) |

On January 7, 2016, the Court held a settlement conference at which the parties were able to come to a compromise of the matter. (Doc. 31) The key terms of the settlement were put on the record. However, the parties needed additional time to memorialize the terms of the settlement in a written agreement. Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **February 29, 2016**;
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:  **January 22, 2016**           **/s/ Jennifer L. Thurston**
                                UNITED STATES MAGISTRATE JUDGE

1