**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTERNATIONAL FRUIT GENETICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R.B. SANDRINI, INC. , et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-00101 MCE JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS<br><br>(Doc. 32) |

At the settlement conference held on January 7, 2016, the parties agreed to settle the matter. (Doc. 31) Thereafter, the Court issued its order requiring that the parties file a stipulated request for dismissal by February 29, 2016 (Doc. 32); this did not occur.

Therefore, **within 14 days**, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders. Alternatively, the parties may file the stipulated request for dismissal within 14 days.

IT IS SO ORDERED.

　Dated:　**March 2, 2016**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE