# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FRUIT GENETICS,<br><br>         Plaintiff,<br><br>   v.<br><br>R.B. SANDRINI, INC., et al.,<br><br>         Defendants. | Case No.: 1:15-cv-00101 MCE JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER REQUIRING DISMISSAL TO BE FILED WITHIN 30 DAYS<br><br>(Doc. 34) |

After the parties failed to file their dismissal documents despite the Court's order to do so by February 29, 2016, the Court ordered them to show cause why sanctions should not be imposed. (Doc. 33)  Counsel have responded and indicated that they have worked diligently to finalize the settlement documents but a few issues remain to be resolved.  (Doc. 34) They are confident that they will do so but need additional time. Id.  Thus, the Court **ORDERS**:

   1.   The order to show cause why sanctions should not be imposed is **DISCHARGED**;

   2.   No later than **April 15, 2016**, the parties **SHALL** file their dismissal documents.

**The parties are advised that the Court does not anticipate further extending the dismissal deadline and they are urged to complete their settlement documents quickly.**

IT IS SO ORDERED.

   Dated:   **March 15, 2016**            /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE