CARLE, MACKIE, POWER & ROSS LLP
JOHN B. DAWSON (SBN 242161)
jdawson@cmprlaw.com
RICHARD C. O'HARE (SBN 167960)
rohare@cmprlaw.com
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Plaintiff
INTERNATIONAL FRUIT GENETICS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FRUIT GENETICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>R.B. SANDRINI, INC., R.B. SANDRINI FARMS, L.P. d/b/a/ RB SANDRINI FARMS, and RICHARD B. SANDRINI,<br><br>Defendants. | CASE NO. 1:15-CV-00101-MCE-JLT<br><br>**STIPULATION AND ORDER RE DISMISSAL OF CASE** |

TO THE HONORABLE JENNIFER L. THURSTON, MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff INTERNATIONAL FRUIT GENETICS, LLC and Defendants R.B. SANDRINI, INC., R.B. SANDRINI FARMS, L.P. d/b/a/ RB SANDRINI FARMS, and RICHARD B. SANDRINI (collectively, the "Parties"), through their counsel of record, as follows:

A full and final settlement of the above-entitled action has been agreed to by all of the Parties as set forth in a settlement agreement between them executed on April 1, 2016 (the "Agreement").

Pursuant to the Agreement and Rule 41(a)(1)(A)(ii), the Parties hereby stipulate and agree that this action be dismissed.

The e-signature of Defendants' counsel has been affixed with his written permission.

Dated:  April 11, 2016                           CARLE, MACKIE, POWER & ROSS LLP

By:   /s/ RICHARD C. O'HARE
       Richard C. O'Hare
       100 B Street, Suite 400
       Santa Rosa, CA 95401
       Telephone: (707) 526-4200
       Facsimile: (707) 526-4707

*Attorneys for Plaintiff
International Fruit Genetics, LLC*

DATED:  April 11, 2016                           KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By:   /s/ CHRISTOPHER E. DOMINGUEZ
       BARRY L. GOLDNER
       CHRISTOPHER E. DOMINGUEZ

*Attorneys for Defendants R.B. SANDRINI, INC., R.B. SANDRINI FARMS, L.P. d/b/a RB SANDRINI FARMS AND RICHARD B. SANDRINI*

## ORDER

Pursuant to the Stipulation between the Parties, the above-entitled action is hereby dismissed.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  April 13, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT